843     In re Air Disaster Near Cove Neck, New York, on
        January 25, 1990

| | | |
|---|---|---|
| 90/03/14 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SERVICE -- filed by defendant Aerovias Nacionales De Colombia, S.A. b/k/a "AVIANCA") -- SUGGESTED TRANSFEREE DISTRICTS: S.D. NEW YORK OR E.D. NEW YORK  (ds) |
| 90/03/14 | 2 | REQUEST FOR EXPEDITED TREATMENT -- filed by movant Aerovias Nacionales De Colombia, S.A. (ds) |
| 90/03/26 | 3 | BRIEF (in support of pldg. #1) -- pltfs. A-1 Valazuez, A-2 Heidt, A-3 Bolano, A-5 Romero, A-6 Gutierrez, et al., A-7 Arterga, claimant Sixta Cubillos and additional claimants w/cert. of svc.  (ds) |
| 90/03/26 | | APPEARANCES -- FRANK H. GRANITO, JR., ESQ. for Maria Eugenia Valazuez, etc., William Heidt, et al., Rosa Alba Balano, et al., Jorge Dario Abad Romero, Aida Gutierrez, etc. and Salomon Giraldo Arterga, et al.; STUART A. SCHLESINGER, ESQ. for Maria Elsa Amado Gonzalez and Luz Elena Vasquez, et al.; JULIAN S. GREENSPUN, ESQ. for Maria J. Patino; ROBERT A. SOLOMON, ESQ. for Jesus Manuel Pinzon, etc.; THOMAS A. STICKEL, ESQ. for Alvaro Zabala, et al.; MARC S. MOLLER, ESQ. for Gustavo Gonzalez, Rodrigo Estrada, et al and Maria Eugenia Agudelo; NORMAN ROY GRUTMAN, ESQ. for Luis Rodrigruez, et al.; HOWARD B. LEVI, ESQ. FOR Jairo Segovia Bernavides, etc.; MICHAEL J. HOLLAND, ESQ. for Aerovias Nacionales De Colombia (AVIANCA); (ds) |
| 90/03/27 | 4 | NOTICE OF RELATED ACTION -- Jairo Arango, et al. v. Avianca Airlines, et al., E.D.N.Y., C.A. No. CV-90-0826 -- Filed by The Boeing Company (ds) |
| 90/03/27 | | APPEARANCE -- GEORGE F. HRITZ, ESQ. for The Boeing Company (ds) |
| 90/03/28 | 5 | NOTICE OF RELATED ACTIONS -- Jairo Arango, et al. v. Avianca Airlines, et al., E.D.N.Y., C.A. No. Cv-90-0826 (TCP); Sixta Cubillos, et al. v. Avianca (Aerovias Nacionales De Colombia, SA), E.D.N.Y., C.A. No. CV-90-0916 (ERK) and Marisol Velasco v. Avianca (Aerovias Nacionales De Colombia, SA), S.D.N.Y., C.A. No. 90-CIV-1532) -- filed on behalf of Aerovias Nacionales De Colombia, S.A. w/svc.  (ds) |

JPML FORM 1A

*B. 2.*

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **843**-- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/04/03 | 6 | RESPONSE -- (to pldg. #1) Maria E. Agudelo; Rodrigo Estrada, et al. and Gustavo Gonzalez -- w/cert. of svc. (received 4/3/90) (rh) |
| 90/04/03 | 7 | RESPONSE -- (to pldg. #1) The Boeing Company -- w/cert. of svc. (received 4/3/90) (rh) |
| 90/04/03 | 8 | RESPONSE -- (to pldg. #1) Maria Elsa Amado Gonzalez and Luz Elena Vasquez, et al. -- w/cert. of svc. (received 4/3/90) |
| 90/04/04 | 9 | RESPONSE -- (to pldg. #1) Luis Rodriguez, et al. -- w/cert. of (received 4/4/90) (rh) |
| 90/04/05 | | ADDITIONAL INFORMATION TO PLDG. #3 -- Maria Eugenia Velazquez, etc.; William Heidt, et al.; Rosa Alba Balano, et al.; Jorge Dario Abad Romero; Aida Gutierrez, etc. and Salomon Giraldo Giraldo Arterga, et al. -- **(attached to pldg. #3)** -- (received 4/5/90) (rh) |
| 90/04/09 | | **HEARING ORDER** -- setting motion to transfer for Panel Hearing in Sioux Falls, South Dakota on May 31, 1990 -- notified involved judges, clerks and counsel (cds) |
| 90/04/10 | | APPEARANCE:  MICHAEL SHAPIRO, ESQ. for Giraldo Solomon, et al. (rh) |
| 90/04/10 | 10 | NOTICE OF RELATED ACTION -- **Nestor Zarate v. Aerovias Nacionales De Colombia, E.D.N.Y., C.A. No. CV-90-1144 (TCP)** -- Filed by Aerovias Nacionales De Colombia, S.A. (rh) |
| 90/04/16 | 11 | LETTER -- (re:  Additional Information) -- Signed by George F. Hritz, Esq. Counsel for The Boeing Company (dated 4/13/90) (received 4/15/90) -- w/cert. of svc. (rh) |
| 90/05/04 | 12 | LETTER (NOTICE OF RELATED ACTIONS) -- Filed on behalf of Aerovias Nacionales De Colomiba, S.A. -- **Margaret Lawder v. Avianca Airlines a/k/a Aerovias Nacionales De Colombia, S.A., et al.,** E.D. New York, C.A. No. CV-90-1149 (TCP);  **Placido Cruz-Martin v. Avianca (Aerovias Nacionales De Colombia S.A.,** S.D. New York, C.A. No. 90-Civ-2474; and **Jesus E. Calderon, et al. v. Aerovias Nacionales De Colombia, et al.,** S.D. Florida, C.A. No. 90-1045 --  w/cert. of svc. (received 5/4/90) (rh) |
| 90/05/16 | 13 | NOTICE OF RELATED ACTION -- Filed by Aerovias Nacionales De Columbia, S.A. -- **Jose Javier Leon Jimenez v. Aerovias Nacionales De Columbia, S.A.,** E.D. New York, C.A. No. CV-90-1590 -- w/service  (cds) |

JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

DOCKET NO. 843

| | | |
|---|---|---|
| 90/05/30 | | WAIVERS OF ORAL ARGUMENT -- All parties waived oral argument (ds) |
| 90/05/30 | 14 | INTERESTED PARTY RESPONSE -- pltf. Jesus Calderon -- w/attachment and cert. of service  (cds) |
| 90/05/31 | | NOTICE OF REMAND W/COPY OF REMAND ORDER -- re Jesus Calderon action (not on motion) -- submitted by counsel for pltf. Jesus Calderon -- w/cert. of service   (cds) |
| 90/06/14 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Eastern District of New York to the Hon. Thomas C. Platt, Jr. for pretrial proceedings (sg) |
| 90/06/14 | | TRANSFER ORDER -- Transferring A-1 - A-8 to the Eastern District of New York pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (sg) |
| 90/06/28 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-24 Marisol Velasco v. Avianca (Aerovias Nacionales De Columbia SA), S.D. New York, C.A. No. 90-CIV-1532 SWK -- Notified involved counsel and judges (rh) |
| 90/07/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-25 Placido Cruz-Martin v. Avianca (Aerovias Nacionales De Colombia SA), S.D. New York, C.A. No. 90-CIV-2474 RO -- Notified involved counsel and judges (sg) |
| 90/07/16 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-24 Marisol Velasco v. Avianca (Aerovias Nacionales De Columbia SA), S.D. New York, C.A. No. 90-CIV-1532-SWK -- Notified involved judges and clerks (rh) |
| 90/07/27 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-25 Placido Cruz-Martin v. Avianca (Aerovias Nacionales De Colombia SA), S.D. New York, C.A. NO. 90-CIV-2474 -- Notified involved judges and clerks (rh) |

JPML FORM 1A

### DOCKET ENTRIES

#### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DCKET NO. *843--* _____   *p. 4*

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/11/01 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (B-26) Luis Julio Cediel, etc. v. Aerovias Nacionales DeColombia, S.A., et al., S.D. Fla., C.A. No. 90-1515-Civ-KLR; (B-27) Luis Fernando Velasquez, etc. v. Aerovias Nacionales DeColombia, S.A., et al., S.D. Fla., C.A. No. 90-1564-Civ-TES; (B-28) Luis Fernando Velasquez, etc. v. Aerovias Nacionales DeColombia, S.A., et al., S.D. Fla., C.A. No.Luis Fernando Velasquez, etc. v. Aerovias Nacionales DeColombia, S.A., et al., S.D. Fla., C.A. No. 90-1565-Civ-TES; (B-29) Luz Marina Muchuca, etc. v. Aerovias Nacionales DeColombia, S.A., et al., S.D. Fla., C.A. No. 90-17545-Civ-JLK -- NOTIFIED INVOLVED COUNSEL AND INVOLVED JUDGES (DS) |
| 90/11/15 | 15 | NOTICE OF OPPOSITION TO CTO -- filed by Kevin A. Malone, Esq., counsel for pltf. in B-26 Luis Julio Cediel, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 90-1515-CIV-KLR -- Notified involved counsel and judges. (ds) |
| 90/11/19 | | CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- (B-27) Luis Fernando Velasquez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 90-1564-Civ-TES; (B-28) Luis Fernando Velasquez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 90-1565-Civ-TES; (B-29) Luz Marina Machuca, etc. v. Aerovias Nacionales De Colombia, et al., S.D. Florida, C.A. No. 90-1754-Civ-JLK -- Notified involved clerks and judges (sg) |
| 0/11/21 | 16 | UNTIMELY NOTICE OF OPPOSITION -- PLAINTIFF MACHUCA -- (B-29)MACHUCA V. AEROVIONAS NACIONALES DE COLOMBIA, ET AL., .A. NO. 90-1754 -- Notified Involved Counsel. (rew) |
| 90/11/21 | 16 | UNTIMELY NOTICE OF OPPOSITION -- PLAINTIFF MACHUCA -- (B-29)MACHUCA V. AEROVIONAS NACIONALES DE COLOMBIA, ET AL., C.A. NO. 90-1754 -- Notified Involved Counsel. (rew) |
| 90/11/28 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-30 Raul Olaya, etc. v. Aerovias Nacionales De Colombia, S.A., et al., E.D. Pennsylvania, C.A. No. 90-CV-6722 -- Notified involved judges and counsel (ds) |

JPML FORM 1A

*P.5*

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 843 -- In re Air Disastaer Near Cove Neck, New York, on
January 25, 1990

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/11/30 | 17 | MOTION/BRIEF TO VACATE CTO -- (B-26) Luis Julio Cediel, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 90-1515-CIV-KLR -- filed by plaintiff Luis Julio Cediel -- w/cert. of svc. (sg) |
| 90/12/10 | | HEARING ORDER -- Setting oppostion of B-26 for Panel Hearing on January 25, 1991 in Houston, Texas (rh) |
| 90/12/14 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-31 Maria Bernarda Alvarez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 90-CV-2459 and C-32 Maria Bernarda Alvarez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 90-CV-2494 -- Notified involved counsel and judges (rh) |
| 90/12/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-30 Raul Olaya, etc. v. Aerovias Nacionales De Colombia, S.A., et al., E.D. Pennsylvania, C.A. No. 90-CV-6722 -- Notified involved judges and clerks (ds) |
| 90/12/18 | 18 | BRIEF (re: pldg. #17) -- filed by defts. Aerovias Nacionales De Colombia, S.A., Avianca, Inc. and Commodore Aviation, Inc. w/cert. of svc. (ds) |
| 90/12/26 | 19 | NOTICE OF OPPOSITION TO CTO -- filed by pltf. Maria Bernarda Alvarez -- re: C-32 Maria Bernarda Alvarez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Fla., C.A. No. 90-Cv-2494 -- Notified involved counsel and judges. (ds) |
| 91/01/02 | 20 | NOTICE OF OPPOSITION TO CTO'S -- filed by pltfs. C-31 and C-32 Maria Bernarda Alvarez (Maria Bernarda Alverez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Fla., C.A. No.'s 90-CV-2459 and 90-CV-2494) -- Notified involved counsel and juges. (ds) |
| 91/01/08 | 20 | AMICUS CURIAE RESPONSE -- Guillermo Camargo (C-31 and C-32) --w/cert of service (rew) |

B. 6

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 843 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/01/15 | 22 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDERS -- Filed by pltf. in C-31 **Maria Bernarda Alvarez, etc. v. Aerovias Nacionales De Colombia, S.A., et al.,** S.D. Florida, C.A. No. 90-CV-2459 and pltf. in C-32 **Maria Bernarda Alvarez, etc. v. Aerovias Nacionales De Colombia, S.A., et al.,** S.D. Florida, C.A. No. 90-CV-2494 -- w/cert. of svc. (received 1/15/91) (ds) |
| 91/01/15 | 23 | RESPONSE -- (to pldg. #21) Aerovias Nacionales De Colombia, S.A.; Avianca, Inc. and Commodore Aviation, Inc. -- w/cert. of svc. (received 1/15/91) (ds) |
| 91/01/15 | 24 | MOTION FOR REHEARING -- Filed by pltf. in B-29 **Luz Marina Machuca, etc.** -- MOTION FOR REHEARING IS DENIED (No new-ground offered for reconsideration of rejection of untimely notice of opposition) -- w/Exhibits and cert. of svc. (received 1/15/91) (rh) |
| 91/01/23 | 25 | RESPONSE -- (to pldg. #22) Aerovias Nacionales De Colombia, S.A.; Avianca, Inc. and Commodore Aviation, Inc. -- w/cert. of svc. (received 1/23/91) (rh) |
| 91/01/25 | | HEARING APPEARANCES -- KELLEY B. GELB, ESQ. for Luis Julio Cediel, etc. and DEBORAH A. ELASSER, ESQ. for Aerovias Nacionales De Colombia, S.A., Avianca, Inc. and Commodore Aviation, Inc. (ds) |
| 91/01/25 | | WAIVER OF ORAL ARGUMENT -- Maria J. Patino (ds) |
| 91/01/30 | | TRANSFER ORDER -- transferring B-26 Luis Julio Cediel, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 90-1515-Civ-KLR to the E.D. New York -- notified involved counsel, judges and clerks. (ds) |
| 91/02/04 | 26 | OPINION AND ORDER OF REMAND -- (re: C-32) Filed in S.D. Florida, Signed by Chief Judge James Lawrence King (rh) |
| 91/02/04 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-32 Maria Bernarda Alvarez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 90-2494-Civ-King -- Notified involved counsel, judges and clerk (rh) |

JPML FORM 1A

### DOCKET ENTRIES

#### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 843 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/02/08 | 27 | SUPPLEMENTAL RESPONSE -- (to pldg. #22) Alvarez pltf. (C-31) -- w/cert of svc. (sg) |
| 91/02/15 | | HEARING ORDER -- Setting opposition of pltf. in C-31 Maria Bernarda Alvarez, etc. to transfer for Panel Hearing on March 22, 1991 in Palm Springs, California (rh) |
| 91/02/19 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-33 Gonzalo Acevedo v. Aviance (Aerovias Nacionales De Colombia, SA), S.D. New York, C.A. No. 90-CIV-8174 and C-34 Javier Hincapie, et al. v. Avianca (Aerovias Nacionales DeColombia, S.A.), et al., S.D. New York, C.A. No. 91-CIV-0199 -- Notified involved counsel and judges (rh) |
| 91/03/06 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-33 Gonzalo Acevedo v. Avianca (Aerovias Nacionales De Colombia, S.A.), S.D.N.Y., C.A. No. 90-CIV-8174; C-34 Javier Hincapie, et al. v. Avianca (Aerovias Nacionales De Colombia, S.A.), et al., S.D.N.Y., C.A. No. 91-CIV-0199 -- Notified involved clerks and judges. (ds) |
| 91/03/21 | | HEARING APPEARANCES -- (For hearing on 3/22/91 in Palm Springs, California) KELLEY B. GELB, ESQ. for Maria Bernarda alvarez, etc.; DEBORAH A. ELSASSER, ESQ. for Aerovias Nacionales De Colombia, S.A.; Avianca, Inc. and Commodore (rh) |
| 91/03/21 | | WAIVER OF ORAL ARGUMENT -- (For hearing on 3/22/91 in Palm Springs, California) The Boeing Co. (rh) |
| 91/04/04 | | TRANSFER ORDER -- transferring C-31 Maria Bernarda Alvarez, etc., S.D. Fla., C.A. No. 90-CV-2459 to the E.D. New York -- Notified involved clerks, judges and counsel (ds) |
| 91/04/04 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-35 Luz M. Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., S.D. Fla., C.A. No. 91-6053-CIV-ROETTGER; C-36 Rosa Vasquez, et al. v. Avianca (Aerovias Nacionales De Colombia, S.A.), S.D. New York, C.A. No. 91-CV-0379 and C-37 Luz Amparo Palacio, et al. v. Avianca (Aerovias Nacionales De Colombia, S.A.), S.D. New York, C.A. No. 91-CV-463 -- Notified involved counsel and judges (ds) |

JPML FORM 1A

*B.8*

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **843** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/04/22 | | CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- C-35 Luz M. Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., S.D. Florida, C.A. No. 91-CV-6053-CIV-ROETTGER; C-36 Rosa Vasquez, et al. v. Avianca (Aerovias Nacionales De Colombia SA), S.D. New York, C.A. No. 91-CIV-0379 and C-37 Luz Amparo Palacio, et al. v. Avianca (Aerovias Nacionales De Colombia SA), S.D. New York, C.A. No. 91-CV-463 -- Notified involved judges and clerks (rh) |
| 91/04/30 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-38 Luis M. Ramirez, etc. v. The United States of America, S.D. Florida, C.A. No. 91-6045-Civ-Gonzalez; C-39 Alberto Contreras v. United States of America, S.D. Florida, C.A. No. 90-2795-Civ-Kehoe; C-40 Jesus E. Calderon, et al. v. The United States of America, S.D. New York, C.A. No. 91 CV 8 -- Notified involved counsel and judges  (sg) |
| 91/05/16 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (C-38) Luis M. Ramirez, etc. v. The United States of America, S.D. Florida, C.A. No. 91-6045-Civ-Gonzalez; (C-39) Alberto Contreras v. United States of America, S.D. Florida, C.A. No. 90-2795-Civ-Kehoe; (C-40) Jesus E. Calderon, et al. v. United States of America, S.D. New York, C.A. No. 91-CV 8  (sg) |
| 91/06/17 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-41 Mariela Buitrago de Rodriguez, et al. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 90-2582-MARCUS; C-42 Maria Bernarda Alvarez, et al. v. United States of America, D. New Jersey, C.A. No. 90-5054(JHR) and C-43 Maria Bernarda Alvarez, et al. v. United States of America, D. New Jersey, C.A. No. 90-5055(JHR) -- Notified involved counsel and judges (rh) |
| 91/07/02 | 28 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- **Filed by pltfs. in C-41 Mariela Buitrago de Rodriguez, et al. v. Aeroviaqs Nacionales De Colombia, S.A., et al.,** S.D. Florida, C.A. No. 90-2582-CIV-MARCUS -- Notified involved counsel and judges (rh) |

JPML FORM 1A



### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **843** -- _____

| Date | Pel. | Pleading Description |
|------|------|----------------------|
| 91/07/03 |  | CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- C-42 Maria Bernarda Alvarez, et al. v. United States of America, D. New Jersey, C.A. No. 90-5054(JHR) and C-43 Maria Bernarda Alvarez, et al. v. United States of America, D. New Jersey, C.A. No. 90-5055(JHR) -- Notified involved judges and clerks (rh) |
| 91/07/12 | 29 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs in C-41 **Mariela Buitrago de Rodriguez, et al. v. Aerovias Nacionales De Colombia, S.A.,** C.A. No. 90-2582-CIV-MARCUS -- w/cert. of svc. (rh) |
| 91/07/16 |  | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-44 Ampara Paine, etc.v. Avianca (Aerovias Nacionales De Colombia, S.A.), S.D. New York, C.A. No. 91-CIV-4226 (RO) -- Notified involved judges and counsel (ds) |
| 91/07/25 | 30 | RESPONSE -- (to pldg. #29) Defts. Aerovias Nacionales De Colombia, S.A. (Avianca, S.A.); Avianca, Inc. and Commodore Aviation, Inc. -- w/cert. of svc. (rh) |
| 91/08/01 |  | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-44) Amparo Paine, etc. v. Avianca (Aerovias Nacionales De Colombia, S.A.), S.D. New York, C.A. No. 91-CIV-4226 (RO) -- Notified involved clerks and judges (sg) |
| 91/08/15 |  | HEARING ORDER -- setting Opposition of pltfs. Mariela Buitrago de Rodriguez, et al. to transfer for Panel hearing on September 27, 1991 in Colorado Springs, Colorado -- Notified involved clerks, judges and counsel (ds) |

JPML FORM 1A

B.10.

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 843 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/09/17 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-46 Guillermo Camargo Silva v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1319-CIV-DAVIS; D-47 Olga Ramirez, etc. v. United States of America, S.D. Florida, C.A. No. 91-1457-CIV-MORENO; D-48 Olga Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1539-CIV-MARCUS; D-49 Olga Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1553-CIV-MORENO; D-50 Olga Ramirez, etc. v. United States of America, S.D. Florida, C.A. No. 91-1658-CIV-MARCUS; D-51 Laurentina Echavarria, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1668-CIV-KEHOE; D-52 Olga Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1742-CIV-MARCUS and D-53  Olga Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1743-CIV-MARCUS -- Notified involved counsel and judges (rh) |
| 91/09/27 | | HEARING APPEARANCES -- (For hearing on 9/27/91 in Colorado Springs, Colorado) KELLEY B. GELB, ESQ. for Mariela Buitrago de rodriguez, etc. and DEBORAH A. ELSASSER, ESQ. for Aerovias Nacionales De Colombia, S.A., Avianca, Inc. and Commodore Aviation, Inc. (rh) |
| 91/10/01 | 31 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in D-46 Guillermo Camargo Silva v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1319-CIV-DAVIS -- Notified involved counsel and judges (rh) |
| 91/10/01 | 32 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDERS -- Filed by pltfs. in D-49 Olga Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1553-CIV-MORENO; D-51 Laurentina Echavarria, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1668-CIV-KEHOE; D-52 Olga Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1742-CIV-MARCUS and D-53 Olga Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1743-CIV-MARCUS -- Notified involved counsel and judges (rh) (revised Schedule attached to official file copy, received 10/11/91) (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 843 -- _____

| DATE | No. | Pleading Description |
|------|-----|----------------------|
| 91/10/03 | | CONDITIONAL TRANSFER ORDERS **FINAL TODAY** -- D-47 Olga Ramirez, etc. v. United States of America, S.D. Florida, C.A. No. 91-1457-CIV-MORENO; D-48 Olga Ramirez, etc. v. United States of America, S.D. Florida, C.A. No. 91-1539-CIV-MARCUS and D-50 Olga Ramirez, etc. v. United States of America, S.D. Florida, C.A. No. 91-1658-CIV-MARCUS -- Notified involved judges and clerks (rh) |
| 91/10/04 | | TRANSFER ORDER -- transferring C-41 Mariela Buitrago de Rodriguex, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 90-2582-CIV-MARCUS -- Notified involved clerks, judges and counsel (sg) |
| 91/10/09 | 33 | ADDITIONAL INFORMATION -- Filed by pltf. in **D-46 Guillermo Camargo Silva** v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 90-2582-MARCUS -- **w/copy of order granting motion to remand** and cert. of svc. (rh) |
| 91/10/11 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- D-46 Guillermo Camargo Silva v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1319-Civ-DAVIS -- Notified involved counsel, judges and clerk (sg) |
| 91/10/16 | 34 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDERS -- Filed by pltfs. in D-49 Olga Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1553-CIV-MORENO; D-51 **Laurentina Echavarria**, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1668-CIV-KEHOE; D-52 Olga Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1742-CIV-MARCUS and D-53 Olga Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 91-1743-CIV-MARCUS -- w/cert. of svc. (rh) |
| 91/10/18 | | HEARING ORDER -- Setting Opposition of plfts. D-49 **Olga Ramirez, etc.**; D-51 **Laurentina Echavarria**, etc.; D-52 **Olga Ramirez, etc.**; D-53 **Olga Ramirez, etc.** to transfer for Panel Hearing on November 22, 1991 in West Palm Beach, Florida -- Notified involved clerks, Judges and counsel (srg) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 843 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/10/30 | 35 | RESPONSE -- (to pldg. #34) Aerovias Nacionales De Colombia, S.A. (Avianca, S.A.), Avianca, Inc. and Commodore Aviation, Inc. -- w/cert. of svc. (received 10/29/91) (rh) |
| 91/11/22 | | HEARING APPEARANCES (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- KEVIN A. MALONE, ESQ. for Laurentia Ecchavarria, Dither Diaz, Blanca Diaz, Sabrina Patino, Sakina Patino, Jairo Benavides; DEBORAH A. ELSASSER, ESQ. for Aerovias Nacionales de Columbia, S.A., Avianca, Inc. Commodore Aviation, Inc. (kac) |
| 91/11/22 | | WAIVER OF ORAL ARGUMENT (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- The Boeing Company (kac) |
| 91/12/03 | | TRANSFER ORDER -- D-49 Olga Ramirez, etc. v. Aerovias Nacionales de Colombia, S.A., et al., S.D. Fla., C.A. No. 91-1553-Civ-MORENO; D-51 Laurentina Echavarria, etc. v. Aerovias Nacionales de Colombia, S.A., et al., S.D. Fla., C.A. No. 91-1668-Civ-KEHOE; D-52 Olga Ramirez, etc. v. Aerovias Nacionales de Colombia, S.A., et al., S.D. Fla., C.A. No. 91-1742-Civ-MARCUS and D-53 Olga Ramirez, etc. v. Aerovias Nacionales de Colombia, S.A., et al., S.D. Fla., C.A. No. 91-1743-Civ-MORENO (Actions transferred to E.D. New York) -- Notified involved counsel, judges, clerks, panel judges (rh) |
| 92/02/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (D-54) Angela M. Rivera, etc. v. Aerovias Nacionales De Columbia, S.A., W.D. New York, C.A. No. 92-CV-6024 -- Notified involved counsel and judges (kac) |
| 92/02/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (D-54) Angela M. Rivera, etc. v. Aerovias Nacionales De Colombia, S.A., W.D. New York, C.A. No. 92-CV-6024 -- Notified involved judges and clerks (bas) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **843** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/03/02 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (D-55) Villa De Londono, et al. v. Avianca, Inc., S.D. New York, #92-Civ-1087; (D-56) Betancur, etc. v. Avianca, Inc., et al., S.D. New York, #92-Civ-1090; (D-57) Pribil, et al. v. Avianca, Inc., S.D. New York, #92-Civ-1091; (D-58) B. Rodriguez, etc. v. Avianca, Inc., S.D. New York, #92-Civ-1092; (D-59) Escobar, et al. v. Avianca, Inc., S.D. New York, #92-Civ-1093; (D-60) L. Rodriguez, et al. v. Avianca, Inc., S.D. New York, #92-Civ-1094; (D-61) Martinez v. Avianca, Inc., S.D. New York, #92-Civ-1095; (D-62) Vasquez, et al. v. Avianca, Inc., S.D. New York, #92-Civ-1096 -- Notified involved counsel and judges (kac) |
| 92/03/06 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (D-63) Lopez, et al. v. Avianca, Inc., etc., S.D. New York, #92 Civ 0822 (RO); (D-64) CiCocco, et al. v. Avianca, Inc., etc., S.D. New York, #92 Civ 0825(RO); (D-65) Patino v. Avianca, Inc., S.D. New York, #92 Civ 0824(RO); (D-66) Griffin v. Avianca, S.A., et al., S.D. New York, #92 Civ 0814(RO); (D-67) Ballesteros v. Avianca, S.A., et al., S.D. New York, #92 Civ 0815(RO); (D-68) Heidt, et al. v. Avianca, Inc., S.D. New York, #92 Civ 0816(RO); (D-69) de Aguilar, etc. v. Avianca, Inc., S.D. New York, #92 Civ 0821(RO); (D-70) Vasquez, etc. v. Avianca, Inc., S.D. New York, #92 Civ 0820(RO); (D-71) Martinez, et al. v. Avianca, Inc., S.D. New York, #92 Civ 0817(RO); (D-72) Martin v. Avianca, Inc., S.D. New York, #92 Civ 0823(RO); (D-73) Ochoa, et al. v. Avianca, Inc., S.D. New York, #92 Civ 0819(RO); (D-74) De Alessio, etc. v. Avianca, Inc., S.D. New York, #92 Civ 0818(RO) -- Notified involved counsel and judges (kac) |
| 92/03/12 | | CORRECTIONS TO CONDITIONAL TRANSFER ORDER -- (to CTO filed on 03/02/92) Changed "Southern District of Indiana" to "Eastern District of New York" and corrected the interoffice reference numbers on the schedule of actions -- Notified involved counsel and judges  (kac) |

JPML FORM 1A

B. 14,

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 843 _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/03/18 | | CONDITIONAL TRANFER ORDER **FINAL** TODAY -- **(in 8 Actions)** D-55 De Londono, et al. v. Avianca, Inc., S.D. N.Y., #92-Civ-10871; D-56 Betancur, etc. v. Avianca, Inc., et al., S.D. N.Y., #92-Civ-1090; D-57 Pribil, et al. v. Avianca, Inc., S.D. N.Y., #92-Civ-1091; D-58 Rodriguez, etc. v. Avianca, Inc., S.D. N.Y., #92-Civ-1092; D-59 Escobar, et al. v. Avianca, Inc., S.D. N.Y., #92-Civ-1093; D-60 Rodriguez, et al. v. Avianca, Inc., S.D. N.Y., #92-Civ-1094; D-61 Martinez v. Avianca, Inc., S.D. N.Y., #92-Civ-1095 and D-62 Vasquez, et al. v. Avianca, Inc., S.D. N.Y., #92-Civ-1096 -- Notified involved judges and clerks (rh) |
| 92/03/24 | | CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- **(In 12 Actions)** (D-63) Lopez, et al. v. Avianca, Inc., etc., S.D. New York, #92 Civ 0822 (RO); (D-64) CiCocco, et al. v. Avianca, Inc., etc., S.D. New York, #92 Civ 0825(RO); (D-65) Patino v. Avianca, Inc., S.D. New York, #92 Civ 0824(RO); (D-66) Griffin v. Avianca, S.A., et al., S.D. New York, #92 Civ 0814(RO); (D-67) Ballesteros v. Avianca, S.A., et al., S.D. New York, #92 Civ 0815(RO); (D-68) Heidt, et al. v. Avianca, Inc., S.D. New York, #92 Civ 0816(RO); (D-69) de Aguilar, etc. v. Avianca, Inc., S.D. New York, #92 Civ 0821(RO); (D-70) Vasquez, etc. v. Avianca, Inc., S.D. New York, #92 Civ 0820(RO); (D-71) Martinez, et al. v. Avianca, Inc., S.D. New York, #92 Civ 0817(RO); (D-72) Martin v. Avianca, Inc., S.D. New York, #92 Civ 0823(RO); (D-73) Ochoa, et al. v. Avianca, Inc., S.D. New York, #92 Civ 0819(RO); (D-74) De Alessio, etc. v. Avianca, Inc., S.D. New York, #92 Civ 0818(RO) -- Notified involved judges and clerks (rh) |
| 92/05/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-75 Guillermo Camargo Silva v. Aerovias Nacionales De Colombia, S.A., et al., S.D. Florida, C.A. No. 92-0195 -- Notified involved counsel and judges (bas) |
| 92/05/20 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- **(D-75)** Guillermo Camargo Silva v. Aerovias Nacionales De Columbia, S.A., et al., S.D. Florida, C.A. No. 92-0195 -- Notified involved clerks and judges (kac) |
| 92/09/23 | | CONDITIONAL TRANSFER ORDER -- **(D-76)** Rivera, etc. v. U.S.A. v. Aerovias Nacionales De Columbia, E. Virginia, 1:92-916; **(D-77)** Silva v. U.S.A., S. Florida, 1:92-1798 -- Notified involved counsel and judges (leg) |

JPML FORM 1A                                          *page 15*

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *843* -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/10/09 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- **(D-76)** Rivera, etc. v. United States of America v.Aerovias Nacionales De Columbia, S.A., E.D. Virginia, 1:92-CV-916; **(D-77)** Silva, v. United States of America, S.D. Fla., 1:92-CV-1798 -- Notifed involved judges and clerks (lg) |

JPML Form 1
⊕
   Revised: 8/78

## DOCKET NO. <u>843</u> -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: <u>INA RE AIR DISASTER NEAR COVE NECK, NEW YORK, ON JANUARY 25, 1990</u>

### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 31, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 14,1990 | TO | Unpublished | E.D.  New York | Hon. Thomas C. Platt, Jr. | |

### Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

Judge Thomas C. Platt, Jr.

DOCKET NO. 843 -- In re Air Disaster Near Cove Neck, New York, on January 25, 1990

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Maria Eugenia Velazquez, etc. v. Avianca (Aerovias Nacionales De Colombia, S.A.) | N.Y.,S. Owen | 90-Civ-0900 (RO) | 6/14/90 | 90CV2884 | | |
| A-2 | William Heidt, et al. v. Avianca (Aerovias Nacionales De Colombia, S.A.) | N.Y.,S. Owen | 90-Civ-989 | 6/14/90 | 90CV2885 | | |
| A-3 | Rosa Alba Bolano, et al. v. Avianca (Aerovias Nacionales De Colombia, S.A.) | N.Y.,S. Owen | 90-Civ-1250 (RO) | 6/14/90 | 90CV2886 | | |
| A-4 | Maria Elsa Amado Gonzalez v. Avianca (Aerovias Nacionales De Colombia, S.A.), et al. | N.Y.,S. Owen | 90-Civ-1291 (RO) | 6/14/90 | 90CV2887 | | |
| A-5 | Jorge Dario Abad Romero v. Avianca (Aerovias Nacionales De Colombia, S.A.) | N.Y.,S. Owen | 90-Civ-1477 (RO) | 6/14/90 | 90CV2888 | | |
| A-6 | Aida Gutierrez, etc. v. Avianca (Aerovias Nacionales De Colombia, S.A.) | N.Y.,S. Owen | 90-Civ-1515 | 6/14/90 | 90CV2889 | | |
| A-7 | Salomon Giraldo Arterga, et al. v. Avianca (Aerovias Nacionales De Colombia, S.A.) | N.Y.,S. Owen | 90-Civ-1578 (RO) | 6/14/90 | 90CV2890 | | |
| A-8 | Maria J. Patino v. Maria Elsa Amado Gonzalez v. Avianca (Aerovias Nacionales De Colombia, S.A.) | N.Y.,S. Owen | 90-Civ-1584 (RO) | 6/14/90 | 90CV2891 | | |
| A-9 | Jesus Manuel Pinzon, etc. v. Avianca La Aerolinea De Columbia | N.Y.,E. Platt | 90-Civ-355 (TCP) | | | | |

DOCKET NO. 843 -- In re Air Disaster Near Cove Neck, New York, on January 25, 1990

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Solomon Giraldo, et al. v. Avianca La Aerolinea De Colombia | N.Y.,E. Platt | 90-Civ-554 (TCP) | | | | |
| A-11 | Alvaro Zabala, et al. v. Avianca La Aerolinea De Columbia | N.Y.,E. Platt | 90-Civ-590 (TCP) | | | | |
| A-12 | Gustavo Gonzalez v. Aerovias Nacionales De Columbia, a/k/a Avianca | N.Y.,E. Platt | 90-Civ-615 (TCP) | | | | |
| A-13 | Rodrigo Estrada, et al. v. Aerovias Nacionales De Columbia, a/k/a Avianca Airlines | N.Y.,E. Platt | 90-Civ-648 (TCP) | | | | |
| A-14 | Maria Eugenia Agudelo v. Aerovias Nacionales De Columbia, a/k/a Avianca Airlines | N.Y.,E. Platt | 90-Civ-649 (TCP) | | | | |
| A-15 | Luz Elena Vasquez, et al. v. Aerovias Nacionales De Columbia, S.A. (d/b/a Avianca), et al. | N.Y.,E. Platt | 90-Civ-727 (TCP) | | | | |
| A-16 | Luis Rodriguez, et al. v. Aerovias Nacionales De Colombia, S.A. | N.Y.,E. Dearie Pl. | 90-Civ-792 (RJD) TCP | | | | |
| A-17 | Jairo Segovia Bernavides, etc. v. Aerovias Nacionales De Colombia, S.A., a/k/a Avianca La Aerolinea De Colombia, a/k/a/ Avianca Airlines | N.Y.,E. Platt | 90-Civ-842 (TCP) | | | | |

July 1990 - 8 TR/9 XY2/17 Pending

DOCKET NO. 843 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-18 | Sixta Cubillos, et al. v. Avianca | F.D.N.Y. Platt | 90-916 | | | | |
| XYZ-19 | Gonzalo Acevedo, etc. v. Aerovias Nacionales De Colombia S.A., et al. | E.D.N.Y. Platt | 90-918 | | | | |
| XYZ-20 | Jairo Arango, et al. v. Avianca Airlines, et al. | E.D.N.Y. Platt | 90-826 | | | | |
| XYZ-21 | Nestor Zarate v. Avianca Nacionales De Columbia, S.A., et al. | E.D.N.Y. Platt | 90-1144 | | | | |
| XYZ-22 | Margaret Lawder v. Avianca Airlines, et al. | E.D.N.Y. Platt | 90-1149 | | | | |
| XYZ-23 | Juan Guillermo Ochoa v. Avianca | E.D.N.Y. Platt | 90-1184 | | | | |
| B-24 | Marisol Velasco v. Avianca (Aerovias Nacionales De Colombia S.A.), 6/28/90 | S.D.N.Y. Kram | 90-CIV-1532 SWK | 7/16/90 | 90CV2983 | | |
| XYZ-25 | Jose Javier Leon Jimenez v. Aerovias Nacionales De Colombia, S.A. | E.D.N.Y. Pratt | CV90-1590 | | | | |
| B-25 | Placido Cruz-Martin v. Avianca(Aerovias Nacionales De Colombia SA ) | S.D.N.Y. Owen | 90-CIV-2474 | 7/27/90 | 90CV2982 | | |
| B-26 | Luis Julio Cediel, etc. v. Aerovias Nacionales De Colombia, S.A., et al. Opposed 11/15/90 11/1/90 | S.D.Fla. Ryskamp | 90-1515-Civ-KLR | 1/30/91 | 91CV434 | | |
| B-27 | Luis Fernando Velasquez, etc. v. Aerovias Nacionales De Colombia, S.A., et al. 11/1/90 | S.D.Fla. Scott | 90-1564-Civ-TES | 11/19/90 | 90CV4030 | | |
| B-28 | Luis Fernando Velasquez, etc. v. Aerovias Nacionales De Colombia, ,S.A., et al. 11/1/90 D | S.D.Fla. Scott | 90-1565-Civ-TES | 11/19/90 | 90CV4031 | | |
| B-29 | Luz Marina Machuca, etc. v. Aerovias Nacionales De Colombia, et al. 11/1/90 | S.D.Fla. King | 90-1754-Civ-JLK | 11/19/90 | 90CV4032 | | |

DOCKET NO. 843 -- In re Air Disaster Near Cove Neck, New York, on January 25, 1990

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-30 | Raul Olaya, etc. v. Aerovias Nacionales De Colombia, S.A., et al. 11/28/90 | E.D.Pa. Waldman | 90-CV-6722 | 12/14/90 | 90-4379 | | |
| C-31 | Maria Bernarda Alvarez, etc. v. Aerovias Nacionales De Colombia, S.A, et al. 12-14-90 Opposed 1/2/91 | Fla.,S. Marcus | 90-CV-2459 | 4/4/90 | 91-1257 | | |
| C-32 | Maria Bernarda Alvarez, etc. v. Aerovias Nacionales De Colombia, S.A., et al. 12-14-90 Opposed 12/26/90 1/2/91 | Fla.,S. King | 90-CV-2494 | VACATED 2-4-91 | | | |
| C-33 | Gonzalo Acevedo v. Avianca (Aerovias Nacionales De Colombia, SA) 2-19-91 | S.D. N.Y. Owen | 90-CIV-8174 | 3/6/91 | 91CV871 | closed 10/29/91 | |
| C-34 | Javier Hincapie, et al. v. Avianca (Aerovias Nacionales De Colombia, S.A.), et al. 2-19-91 | S.D. N.Y. Patterson | 91-CIV-0199 | 3/6/91 | 91CV892 | | ✓ |
| C-35 | Luz M. Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A. 4/4/91 | S.D.Fla. Roettger | 91-6053-CIV-ROETTGER | 4-22-91 | 91CV1527 | | |
| C-36 | Rosa Vasquez, et al. v. Avianca (Aerovias Nacionales De Colombia SA) 4/4/91 | S.D.N.Y. Owen | 91-CV-0379 | 4-22-91 | 91CV1528 | | |
| C-37 | Luz Amparo Palacio, et al. v. Avianca (Aerovias Nacionales De Colombia SA) 4/4/91 | S.D.N.Y. Owen | 91-CV-463 | 4-22-91 | 91CV1529 | 10/29/91 D | |
| C-38 | Luis M. Ramirez, et al. v. The United States of America 4/30/91 | S.Fla Gonzalez | 91-6045-Civ Gonzalez | 5/6/91 | 91-2002 | 3/24/92 D | |
| C-39 | Alberto Contreras v. United States of America 4/30/91 | S.Fla Kehoe | 90-2795-Civ Kehoe | 5/10/91 | 91-2001 | | |
| C-40 | Jesus E. Calderon, et al. v. United States of America 4/30/91 | N.Y.,S. Leval | 91 CV 8 | 5/6/91 | 91-2000 | | |

July 1991 - 16 tr

7

DOCKET NO. 843 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-41 | Mariela Buitrago de Rodriguez, et al. v. Aerovias Nacionales De Colombia, S.A., et al. 6-19-91 DISMISSED 9-2-91 | S.D.Fla. Marcus | 90-2582-MARCUS | 10/4/91 | 91-3903 | | |
| C-42 | Maria Bernarda Alvarez, et al. v. United States of America 6-17-91 | D.N.J. Rodriguez | 90-5054(JHR) | 7-3-91 | 91-2709 | | |
| C-43 | Maria Bernarda Alvarez, et al. v. United States of America 6-17-91 | D.N.J. Rodriguez | 90-5055(JHR) | 7-3-91 | 91-2710 | | |
| C-44 | Amparo Paine, etc. v. Avianca (Aerovias Nacionales De Colombia, SA) 7/16/91 | S.D.N.Y. Owen | 91-CIV-4226-(RO) | 8/1/91 | 91-2921 | | |
| XYZ-45 | Bernardo Rodriguez, etc. v. Aerovias Nacionales de Colombia | N.Y.,E. Platt | 91CV3169 | | | | |
| D-46 | Guillermo Camargo Silva v. Aerovias Nacionales De Colombia, S.A., et al. 9-16-91 | S.D.Fla. Davis | 91-1319-CIV-DAVIS | | | VACated | 10/11/91 |
| D-47 | Olga Ramirez, etc. v. United States of America 9-16-91 | S.D.Fla. Moreno | 91-1457-CIV-MORENO | 10-3-91 | 91CV3900 | | |
| D-48 | Olga Ramirez, etc. v. United States of America 9-16-91 | S.D.Fla. Marcus | 91-1539-CIV-MARCUS | 10-3-91 | 91CV3901 | | |
| D-49 | Olga Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., et al. 9-16-91 | S.D.Fla. Moreno | 91-1553-CIV-MORENO | 12-3-91 | 91CV4817 | | |
| D-50 | Olga Ramirez, etc. v. United States of America 9-16-91 | S.D.Fla. Marcus | 91-1658-CIV-MARCUS | 10-3-91 | 91CV3902 | | |
| D-51 | Laurentina Echavarria, etc. v. Aerovias Nacionales De Colombia, S.A., et al. 9-16-91 | S.D.Fla. Kehoe | 91-1668-CIV-KEHOE | 12-3-91 | 91CV4818 | | |

DOCKET NO. 843 -- In re Air Disaster Near Cove Neck, New York, on January 25, 1990

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-52 | Olga Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., et al. 9-16-91 | S.D.Fla. Marcus | 91-1742-CIV-MARCUS | 12-3-91 | 91C4819 | | |
| D-53 | Olga Ramirez, etc. v. Aerovias Nacionales De Colombia, S.A., et al. 9-16-91 | S.D.Fla. Marcus | 91-1743-CIV-MARCUS | 12-3-91 | 91C4820 | | |
| D-54 | Angela M. Rivera, etc. v. Aerovias Nacionales De Colombia, S.A. 2/12/72 | WDN.Y. Telesca | 92-CV-6024 TELESCA | 2-28-92 | 92C1008 | | |
| D-55 | Margarita Villa De Londono, et al. v. Avianca, Inc. 3/2/92 | S.D.N.Y. | 92-Civ-1087 | 3-18-92 | 92CV1372 | | |
| D-56 | Pedro Betancur, etc. v. Avianca, Inc., et al. 3/2/92 | S.D.N.Y. | 92-Civ-1090 | 3-18-92 | 92CV1373 | | |
| D-57 | Maria T. Pribil, et al. v. Avianca, Inc. 3/2/92 | S.D.N.Y. | 92-Civ-1091 | 3-18-92 | 92CV1374 | | |
| D-58 | Bernado Rodriguez, etc. v. Avianca, Inc. 3/2/92 | S.D.N.Y. | 92-Civ-1092 | 3-18-92 | 92CV1375 | | |
| D-59 | Jorge Ivan Gomez Escobar, et al. v. Avianca, Inc. 3/2/92 | S.D.N.Y. | 92-Civ-1093 | 3-18-92 | 92CV1376 | | |
| D-60 | Luis Rodriguez, et al. v. Avianca, Inc. 3/2/92 | S.D.N.Y. | 92-Civ-1094 | 3-18-92 | 92CV1377 | | |
| D-61 | Monica Martinez v. Avianca, Inc. 3/2/92 | S.D.N.Y. | 92-Civ-1095 | 3-18-92 | 92CV1378 | | |
| D-62 | Luz Elena Vasquez v. Avianca, Inc. 3/2/92 | S.D.N.Y. | 92-Civ-1096 | 3-18-92 | 92CV1379 | | |
| D-63 | Liliana Caicedo Lopez, et al. v. Avianca, Inc., d/b/a Avianca Airlines 03/06/92 | S.D.N.Y. Owen | 92-Civ 0822 (RO) | 3-24-92 | 92CV1495 | | |
| D-64 | John DiCocco, et al. v. Avianca, Inc., d/b/a Avianca Airlines 3/6/92 | S.D.N.Y. Owen | 92 Civ 0825 (RO) | 3-24-92 | 92CV1476 | | |
| D-65 | Maria J. Patino v. Avianca, Inc. 3/6/92 | S.D.N.Y. Owen | 92 Civ 0824 (RO) | 3-24-92 | 92CV1477 | | |
| D-66 | Ethel J. Griffin, etc. v. Avianca, S.A., et al. 3/6/92 | S.D.N.Y. Owen | 92 Civ 0814 (RO) | 3-24-92 | 92CV1478 | | |

DOCKET NO. 843 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-67 | Astrid Elena Lopez Ballesteros v. Avianca, S.A., et al. 3/6/82 | S.D.N.Y. Owen | 92 Civ 0815 (RO) | 3-24-92 | 92CV1479 | | |
| D-68 | William Heidt, et al. v. Avianca, Inc. 3/6/92 | S.D.N.Y. Owen | 92 Civ 0816 (RO) | 3-24-92 | 92CV1480 | | |
| D-69 | Maria del Pilar Blanco de Aguilar, etc. v. Avianca (Aerovias Nacionales De Columbia, SA) 3/6/92 | S.D.N.Y. Owen | 92 Civ 0821 (RO) | 3-24-92 | 92CV1481 | | |
| D-70 | Rosa Vasquez, etc. v. Avianca, Inc. 3/6/92 | S.D.N.Y. Owen | 92 Civ 0820 (RO) | 3-24-92 | 92CV1482 | | |
| D-71 | Gloria Martinez, et al. v. Avianca, Inc. 3/6/92 | S.D.N.Y. Owen | 92 Civ 0817 (RO) | 3-24-92 | 92CV1483 | | |
| D-72 | Placido Cruz Martin v. Avianca, Inc. 3/6/82 | S.D.N.Y. Owen | 92 Civ 0823 (RO) | 3-24-92 | 92CV1484 | | |
| D-73 | Miriam Ochoa, et al. v. Avianca, Inc. 3/6/92 | S.D.N.Y. Owen | 92 Civ 0819 (RO) | 3-24-92 | 92CV1485 | | |
| D-74 | Susana Socha De Alessio, etc. v. Avianca, Inc. 3/6/92 | S.D.N.Y. Owen | 92 Civ 0818 (RO) | 3-24-92 | 92CV1486 | | |
| D-75 | Guillermo Camargo Silva v. Aerovias Nacionales De Colombia, S.A., et al. 5-4-92 | S.D.Fla. Kehoe | 92-0195 | 5/28/92 | 92CV2479 | | |
| | July 1992 3 Dismsd. /33 RO/ 1XV2/ 71 Pending | | | | | | |
| D-76 | Angela M. Rivera v. United States of America v. Aerovias Nacionales De Columbia, S.A. 09/23/92 | Va., E. | 1:92-CV-916A | 10/9/92 | 92CV4834 | | |
| D-77 | Guillermo Camargo Silva v. The United States of America 09/23/92 | Fla., S. Graham | 1:92-CV-1798 | 10/9/92 | 92CV4835 | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __843__ -- In re Air Disaster Near Cove Neck, New York, on January 25, 1990

MARIA EUGENIA VALAZUEZ, ETC. (A-1)
WILLIAM HEIDT, ET AL. (A-2)
ROSA ALBA BALANO, ET AL. (A-3)
JORGE DARIO ABAD ROMERO (A-5)
AIDA GUTIERREZ, ETC. (A-6)
SALOMON GIRALDO ARTERGA, ET AL. (A-7)
Frank H. Granito, Jr., Esq.
Speiser, Krause, Madole & Nolan
Two Grand Central Tower
140 E. 45th Street
New York, NY 10017

MARIA ELSA AMADO GONZALEZ (A-4)
LUZ ELENA VASQUEZ, ET AL. (A-15)
Stuart A. Schlesinger, Esq.
Julien & Schlesinger, P.C.
150 William Street
New York, NY 10038

MARIA J. PATINO (A-8)
Julian S. Greenspun, Esq.
Bower & Gardner
110 East 59th Sstreet
New York, NY 10022

JESUS MANUEL PINZON, ETC. (A-9)
Robert A. Solomon, Esq.
Daniels & Solomon, P.A.
319 Court Street
Brooklyn, NY 11231

SOLOMON GIRALDO, ET AL. (A-10)
Michael Shapiro, Esq.
Casior, Weiss & Shapiro
225 Broadway, Suite 305
New York, NY 10279

ALVARO ZABALA, ET AL. (A-11)
Thomas A. Stickel, Esq.
11 Park Place
New York, NY 10007

GUSTAVO GONZALEZ (A-12)
RODRIGO ESTRADA, ET AL. (A-13)
MARIA EUGENIA AGUDELO (A-14)
Marc S. Moller, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

LUIS RODRIRGUEZ, ET AL. (A-16)
Norman Roy Grutman, Esq.
Grutman, Greene & Humphrey
505 Park Avenue
New York, NY 10022

JAIRO SEGOVIA BERNAVIDES, ETC. (A-17)
Howard B. Levi, Esq.
Kornstein, Veisz & Wexler
757 Third Avenue
New York, NY 10017

AEROVIAS NACIONALES DE COLOMBIA
  (AVIANCA)
Michael J. Holland, Esq.
Condon & Forsyth
1251 Avenue of the Americas
New York, NY 10020

THE BOEING COMPANY

George F. Hritz, Esq.
Davis, Markel & Edwards
100 Park Avenue
New York, NY 10017

**UNABLE TO DETERMINE COUNSEL OR
ADDRESS FOR DEFT. LISTED BELOW**

AVIANCA LA AEROLINEA DE COLOMBIA

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. _843___ -- _____

---

MARISOL VELASCO (B-24)

Shreck, Wardi, Coiro & Madow
Empire State Building
350 Fifth Avenue, Suite 5600
New York, N.Y.  10118

PLACIDO CRUZ MARTIN (B-25)

Brand & Brand
100 Ring Road West
Garden City, New York 11530

Attention:  Ray M. Brand

LUIS JULIO CEDIEL, ETC.  (B-26) VACATED 7/23/91
LUIS FERNANDO VELASQUEZ, ETC. (B-27)
LUIS FERNANDO VELASQUEZ, ETC. (B-28)
Kevin A. Malone, Esquire
Krupnick, Campbell, Malone & Roselli
700 SE 3rd AVE, Suite 100
Ft. Lauderdale, Florida  33316-1186

Paul Finizio, Esquire          C 8/12
200 S.E. 9th Street            ret.
Miami, Florida  33316

COMMODORE AVIATION, INC. (deft. in
  B-26, 27, 28 & 29)
Michael K. McLemore, Esquire
Kimbrell & Hamann, P.A.
Brickell Centre Plaza
Suite 900
799 Brickell Plaza
Miami, Florida  33131

LUZ MARINA MACHUCA, ETC. (B-29)
Robert Alan Rosenblatt, Esquire

Concord Building, Penthouse Suite
66 West Flagler Street
Miami, Florida 33130

Jerrell Breslin, Esquire
1870 South Bayshore Drive
Coconut Grove, Florida

---

RAUL OLAYA, ETC. (C-30)
David S. Shrager, Esquire
William A. Loftus, Esquire
Shrager, McDaid, Loftus, Flum & Spivey
17th Floor, Eight Penn Center Plaza
17th and John F. Kennedy Boulevard
Philadelphia, Pennsylvania  19103

THE UNITED STATES OF AMERICA (deft. in C-30)
The United States of America
c/o U.S. Attorney General's Office
10th Street and Constitution Avenue, N.W.
Washington, D.C.

MARIA BERNARDA ALVAREZ, ETC. (C-31 & C-32)
Kevin A. Malone, Esq.
(Same As B-26)

Joel Stephen Perwin, Esq.
Aaron S. Podhurst, Esq.
1201 City National Bank Bldg.
25 W Flagler ST, Suite 800
Miami, FL  33130-1712

GONZALO ACEVEDO (C-33)
Speiser, Krause, Madole & Nolan
(Same As A-1)

JAVIER HINCAPLIE (C-34)
Gerald H. Baker, Esq.
Fetell & Coen
44 Court St., Suite 1212
New York, NY  11201

THE UNITED STATES OF AMERICA  (Deft. in C-34)
James C. Wilson, Esq.
Robert J. Gross, Esq.
Torts Branch, Civil Division

U.S. Department of Justice
P.O. Box 14271
Washington, D.C.  20044-4271

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___3___

DOCKET NO. ___843___  --  _____

---

LUZ M. RAMIREZ, ETC. (C-35)
Edward A. Moss, Esq.
Anderson, Moss, Parks & Russo
100 North Biscayne Boulevard
Suite 2500
Miami, FL 33132

Kreindler & Kreindler
(Same As A-12)

ROSA VASQUEZ, ET AL. (C-36)
LUZ AMPARO PALACIO, ET AL. (C-37)
Frank H. Granito, Jr, Esq.
(Same AS A-1)

LUIS M. RAMIREZ, ET AL. (C-38)
ALBERTO CONTRERAS (C-39)

(Same as C-35)
Edward A. Moss, Esq.
Anderson, Moss, Parks & Russo, P.A.
2500 New World Tower
100 North Biscayne Boulevard
Miami, Florida 33132

(Same as A-12)
Marc S. Moller, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, New York 10017

JESUS E. CALDERON, ET AL. (C-40)
Kevin A. Malone, Esq.
Krupnick, Campbell, Malone and Roselli, P.A.
700 Southeast Third Ave.
Suite 100
Ft. Lauderdale, Florida 33316-1186

---

MARIELA BUITRAGO DE RODRIGUEZ, ET AL. (C-41)
Kevin A. Malone, Esq.
(Same As B-26)

Hiram M. Montero, Esq.
Montero, Finizio & velasquez
200 Southeast Ninth St.
Fort Lauderdale, FL 33316

MARIA BERNARDA ALVAREZ, ET AL. (C-42 & C-43)
Frank D. Allen, Esq.
Archer & Greiner
One Centennial Square
Haddonfield, NJ 08033

AMPARO PAINE, ETC. (C-44)
Speiser, Krause, Madole & Nolan
(address listed on p.1)

GUILLERMO CARARGO SILVA (D-46)
Mary V. Brennan, Esq.
Michael S. Olin, Esq.
Aaron S. Podhurst, Esq.
Podhurst, Orseck, Josefsberg,
  Eaton, Meadow, Olin & Perwin
25 West Flagler St., Suite 800
Miami, FL 33130

OLGA RAMIREZ, ETC. (D-47; D-48; D-49; D-50;
  D-52 and D-53)
LAURENTINA ECHAVARRIA, ETC. (D-51)
Kevin A. Malone, Esq.
(Same As B-26)

Daniel Keil, Esq.
3165 West Fourth Ave.
Hialeah, FL 33012

ANGELA M. RIVERA, ETC. (D-54)
Peter P. Punatelli, Esq.
55 State Street
Rochester, NY 14614

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___4___

DOCKET NO. ___ ____   -- _____

MARGARITA VILLA DE LONDONO, ET AL (D-55)
Litman, Asche, Lupkin & Gioiella
45 Broadway Atrium
New York, NY  10006

PEDRO BETANCUR, ETC. (D-56)
Altier & Barasch
450 Seventh Avenue
Suite 2401
New York, NY  10123

MARTA T. PRIBIL, ET AL. (D-57)
Byron Lassin, Esq.
136-26 37th Avenue, Suite 502
Flushing, NY 11354-4124

BERNARDO RODRIGUEZ, ETC. (D-58)
LUIS RODRIGUEZ, ET AL. (D-60)
Grutman Green & Humphrey
 (Same as A-16)

JORGE IVAN GOMEZ ESCOBAR(D-59)
Jerald Levine, Esq.
73-19 Broadway
Jackson Heights, NY  11372

MONICA MARTINEZ (D-61)
LUZ ELENA VASQUEZ, ET AL. (D-62)
Julien & Schlesinger, P.C.
 (Same as A-4, A-15)

COMMODORE AVAITION, INC. (Deft. D-56)
 (Already listed on p. 2)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 843 -- In re Air Disaster Near Cove Neck, New York, on January 25, 1990

| Name of Party | |
|---|---|
| Avianca (Aerovias Nacionales De Colombia, S.A.) | D-63, D-64, D-65, D-66, D-67, D-68, D-69, D-70, D-71, D-72, D-73, D-74, D-75, D-76 |
| The Boeing Company (Boeing Corporation) | A-4, A-15, 2) |
| Avianca La Aerolinea De Colomia | A-9, A-10, A-11, B-26, 27, 28, 29, C-31, C-32 |
| Commodore Aviation, Inc. | B-26, C-31, C-32, C-41, 46, D-49, 51 D-52, D-53, D-56, D-55 |
| The United States of America | C-30, C-33, C-38, C-39, C-40, C-42, 43, D-47, D-48, D-50, D-76, D-77 |
| | |
| | |
| | |
| | |
| | |
| | |

(margin notes: D-61, D-62)