JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN 14 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 843

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR DISASTER NEAR COVE NECK, NEW YORK, ON JANUARY 25, 1990

TRANSFER ORDER

    This litigation presently consists of seventeen actions pending in two federal districts: nine actions in the Eastern District of New York and eight actions in the Southern District of New York.[1] Before the Panel is a motion by defendant Aerovias Nacionales de Colombia, S.A. (AVIANCA) to centralize actions in this litigation, pursuant to 28 U.S.C. §1407, in either the Eastern District or the Southern District of New York for coordinated or consolidated pretrial proceedings. No responding party opposes AVIANCA's Section 1407 motion. Plaintiffs in twelve actions included in the motion state their preference for the Eastern District of New York as the transferee forum. Plaintiffs in one action included in the motion favor selection of the district -- as between the two forums suggested by AVIANCA -- where the litigation can most expeditiously be processed.

    On the basis of the papers filed,[2] the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Eastern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The actions share factual questions concerning the cause or causes of the crash near Cove Neck, New York, of AVIANCA Flight 052 from Bogota and Medellin, Colombia, to New York's Kennedy Airport on January 25, 1990. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

    We are persuaded that the Eastern District of New York is the most appropriate transferee forum. We note that 1) the AVIANCA crash occurred in the Eastern District of New York; 2) Kennedy Airport, AVIANCA Flight 052's destination, is located in the Eastern District of New York; and 3) the majority of responding parties favors centralization in the Eastern District of New York, while no party expresses any specific objection to that forum.

---

[1] The Panel has been advised of the pendency of numerous additional related actions in the same two New York districts. These actions will be treated as potential tag-along actions. See Rules 12 and 13, R.P.J.P.M.L., 120 F.R.D. 251, 258-59 (1988).

[2] The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 17, R.P.J.P.M.L., id. at 262.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Southern District of New York be, and the same hereby are, transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Thomas C. Platt, Jr., for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Robert H. Schnacke
Judge of the Panel

Schedule A

MDL-843 -- In re Air Disaster Near Cove Neck, New York, on January 25, 1990

## Southern District of New York

Maria Eugenia Velazquez, etc. v. Avianca (Aerovias Nacionales De Colombia, S.A.), C.A. No. 90-Civ-0900 (RO)

William Heidt, et al. v. Avianca (Aerovias Nacionales De Colombia, S.A.), C.A. No. 90-Civ-989

Rosa Alba Bolano, et al. v. Avianca (Aerovias Nacionales De Colombia, S.A.), C.A. No. 90-Civ-1250 (RO)

Maria Elsa Amado Gonzalez v. Avianca Airlines, et al., C.A. No. 90-Civ-1291 (RO)

Jorge Dario Abad Romero v. Avianca (Aerovias Nacionales De Colombia, S.A.), C.A. No. 90-Civ-1577 (RO)

Aida Gutierrez, etc. v. Avianca (Aerovias Nacionales De Colombia, S.A.), C.A. No. 90-Civ-1515

Salomon Giraldo Arterga, et al. v. Avianca (Aerovias Nacionales De Colombia, S.A.), C.A. No. 90-Civ-1578 (RO)

Maria J. Patino v. Avianca (Aerovias Nacionales De Colombia, S.A.), C.A. No. 90-Civ-1584 (RO)

## Eastern District of New York

Jesus Manuel Pinzon, etc. v. Avianca La Aerolinea De Columbia, C.A. No. 90-Civ-355 (TCP)

Solomon Giraldo, et al. v. Avianca La Aerolinea De Columbia, C.A. No. 90-Civ-554 (TCP)

Alvaro Zabala, et al. v. Avianca La Aerolinea De Columbia, C.A. No. 90-Civ-590 (TCP)

Gustavo Gonzalez v. Aerovias Nacionales De Columbia, a/k/a Avianca, C.A. No. 90-Civ-615 (TCP)

Rodrigo Estrada, et al. v. Aerovias Nacionales De Columbia, a/k/a Avianca Airlines, C.A. No. 90-Civ-648 (TCP)

Maria Eugenia Agudelo v. Aerovias Nacionales De Columbia, a/k/a Avianca Airlines, C.A. No. 90-Civ-649 (TCP)

Luz Elena Vasquez, et al. v. Aerovias Nacionales De Columbia, S.A. (d/b/a Avianca), et al., C.A. No. 90-Civ-727 (TCP)

Luis Rodriguez, et al. v. Aerovias Nacionales De Colombia, S.A., C.A. No. 90-Civ-792 (TCP)

Jairo Segovia Bernavides, etc. v. Aerovias Nacionales De Colombia, S.A., a/k/a Avianca La Aerolinea De Colombia, a/k/a/ Avianca Airlines, C.A. No. 90-Civ-842 (TCP)